IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARA WILSON, as Independent Administrator of the Estate of ALEXIS WILSON, deceased, | Case No. 1:22-cv-03609 |
| Plaintiff, | Hon. Judge Sharon J. Coleman |
| vs. | Courtroom 1241 |
| P.O. RYAN PEREZ and P.O. JARED CARLTON, individually, and the VILLAGE OF DOLTON, a Municipal Corporation, | Hon. Mag. Judge Jeffrey Cole Courtroom 1003 |
| Defendants. | *Jury Trial Demanded* |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF**
**AGREED CONFIDENTIALITY AND HIPAA QUALIFIED PROTECTIVE ORDERS**

The Defendants, VILLAGE OF DOLTON (the "Village"), P.O. RYAN PEREZ ("Officer Perez"), and P.O. JARED CARLTON ("Officer Carlton") (all together as the "Defendants") by and through their attorney, Mary Israel of Del Galdo Law Group LLC, hereby move this court, unopposed and by agreement of the parties, for the entry of Agreed Confidentiality and Agreed HIPPA Qualified Protective Orders, and in support of which the Defendants state as follows:

1. The attached proposed Agreed Confidentiality Order (Ex. A) and HIPPA Qualified Protective Order (Ex. B) have been drafted in accordance with the format for Confidentiality Orders and HIPPA Qualified Protective Orders approved by Local Rule 26.2 of the Northern District of Illinois.

2. Defense counsel Mary Israel consulted with Plaintiff's counsel Gregory E. Kulis on October 7, 2022, and the enclosed proposed orders (Ex. A, B) have been reviewed and approved for entry as Agreed Confidentiality and HIPPA Qualified Protective Orders by all parties and counsels in this matter.

1

WHEREFORE, Defendants, VILLAGE OF DOLTON, P.O. RYAN PEREZ, and P.O. JARED CARLTON, respectfully request that this Honorable Court enter the proposed Agreed Confidentiality and HIPPA Qualified Protective Orders in this matter and for such other relief as the Court deems just.

        Respectfully submitted,
        VILLAGE OF DOLTON,
        P.O. RYAN PEREZ, AND
        P.O. JARED CARLTON

        */s/ Mary Israel*
        Mary Israel
        *One of the Defendants' Attorneys*

K. Austin Zimmer (#6276227)
Sean M. Sullivan (#6204611)
Michael A. Albert (#6320206)
Mary Israel (#6340855)
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave, Berwyn, IL 60402
(t) 708-222-7000 | (f) 708-222-7001
zimmer@dlglawgroup.com
sullivan@dlglawgroup.com
albert@dlglawgroup.com
israel@dlglawgroup.com
Attorneys for the Defendants