IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARA WILSON, as Independent Administrator of the Estate of ALEXIS WILSON, deceased, | Case No. 1:22-cv-03609 |
| Plaintiff, | Hon. Judge Sharon J. Coleman |
| vs. | Courtroom 1241 |
| P.O. RYAN PEREZ and P.O. JARED CARLTON, individually, and the VILLAGE OF DOLTON, a Municipal Corporation, | Hon. Mag. Judge Jeffrey Cole Courtroom 1003 |
| Defendants. | *Jury Trial Demanded* |

## AGREED HIPAA QUALIFIED PROTECTIVE ORDER

This matter having come to be heard on the Agreed Motion of the Plaintiff and Defendants, for entry of a HIPAA Qualified Protective Order, due notice having been given, and the Court being fully advised on the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" ("PHI") pertaining to Plaintiff Cara Wilson to the extent and subject to the conditions outlined herein.

2. For the purpose of this Qualified Protective Order, PHI shall have the same scope and definition as set forth in 45 C.F.R. §§ 160.103 and 164.50 l. Without limiting the generality of the foregoing, PHI includes, but is not limited to, health information, including demographic information, relating to (a) the past, present, or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to

**EXHIBIT B**

disclose PHI pertaining to Cara Wilson to all attorneys now of record in this matter or who may become of record in the future of this litigation. These "covered entities," for the purposes of this order, include, but are not limited to, the Village of Dolton Police, Illinois State Police, EMS personnel, Ingalls Hospital personnel, and any/all other medical personnel who treated or assessed Plaintiff Cara Wilson for any injuries suffered as a result of her interactions with Officers of the Village of Dolton's Police Department on July 27, 2021 in the Village of Dolton, Illinois.

4. The parties and their attorneys shall be permitted to use the PHI of PLAINTIFF CARA WILSON in any manner that is reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, their attorneys of record, the attorneys' firms (i.e., attorneys, support staff, agents, and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities involved in the litigation process. Disclosure of records to necessary third parties must include a copy of this Order and instructions to comply with Paragraph 5, herein.

5. At the conclusion of the litigation (which shall be defined as the point in time at which all trial and appellate proceedings have been exhausted), any person or entity in possession of PHI pertaining to PLAINTIFF CARA WILSON (other than the person or entity that generated the PHI) shall destroy any and all copies of said PHI in their possession.

6. Nothing in this Order authorizes defense counsel to obtain medical records or information through means other than formal discovery requests, subpoenas, depositions or through attorney/client communications. Likewise, nothing in this Order relieves any party from complying with the requirements of the Illinois Mental Health and Development Disabilities Confidentiality Act (740 Ill. Comp. Stat. 110/1 *et seq*.), the AIDS Confidentiality Act (410 Ill. Comp. Stat. 305/1 *et seq*.) or state and federal law that protects certain drug and alcohol related

**EXHIBIT B**

3

records (20 Ill. Comp. Stat 301/30-5, 42 U.S.C. 290dd-3, 290ee-3 and 42 C.F.R. Part 2).

ENTER:

_____
Honorable Magistrate Judge Jeffrey Cole

DATE: _____

K. Austin Zimmer (#6276227)
Sean M. Sullivan (#6204611)
Michael A. Albert (#6320206)
Mary Israel (#6340855)
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave, Berwyn, IL 60402
(t) 708-222-7000 | (f) 708-222-7001
zimmer@dlglawgroup.com
sullivan@dlglawgroup.com
albert@dlglawgroup.com
israel@dlglawgroup.com
Attorneys for the Defendants

**EXHIBIT B**